# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 24-64-BLG-SPW** |
| **Plaintiff,** | |
| **vs.** | **PRELIMINARY ORDER OF FORFEITURE** |
| **KYLE THOMAS BALL,** | |
| **Defendant.** | |

THIS MATTER comes before the Court on the United States' Unopposed Motion for a Preliminary Order of Forfeiture (Doc. 46). Defendant Kyle Thomas Ball appeared before the Court on December 17, 2024, and entered a plea of guilty to count one of the Indictment pursuant to a plea agreement. He also admitted the forfeiture allegation. Ball's plea, in conjunction with his plea agreement, provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

1

IT IS ORDERED:

1. Ball's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Walther, model PPQ, .22 caliber pistol (serial number obliterated);
- Taurus, model PT111 G2A, 9mm caliber pistol (serial number ADM004133); and
- Assorted ammunition.

2. The United States, through ATF or a designated sub-custodian, is directed to seize the property subject to forfeiture. The property is to be held by the United States in its secure custody and control.

3. The United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

4.  Upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), in which all interests will be addressed.

DATED this _12_ day of February, 2025.


SUSAN P. WATTERS
United States District Court Judge

3